**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DAVID WILKERSON,** | ) |
| Plaintiff, | ) |
| VS. | )  NO. CV 02-507-DRH |
| **DR. ANYANWU and HEALTH PROFESSIONALS, LTD.,** | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: July 12, 2007**

                                            **NORBERT G. JAWORSKI, Clerk**

                                            s/Patricia Brown
                                            By: Patricia A. Brown, Deputy Clerk

**APPROVED:** /s/   David   RHerndon
                 **U.S. DISTRICT JUDGE**